JAMES R. JOHNSTON et al., Respondents, *v.* ELIZABETH DREXEL DAHLGREN, Executrix of JOHN VINTON DAHLGREN, Deceased, Appellant.

Reported below, 48 App. Div. 537.
(Argued April 16, 1900; decided April 20, 1900.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial depart-

ment, entered upon an order made March 7, 1900, affirming a judgment in favor of plaintiffs entered upon the report of a referee.

The motion was made upon the grounds, that this court has no jurisdiction of the appeal, the decision of the Appellate Division having been unanimous; that the said Appellate Division has not certified that in its opinion a question of law is involved which ought to be reviewed by the Court of Appeals, and that the questions of law raised by the appellant are frivolous.

*George C. Lay* for motion.

*Abram I. Elkus* and *David T. Davies* opposed.

Motion denied, with ten dollars costs.